# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1638

_____

Rickey C. Brooks,                          *
                                           *
            Appellant,                     *
                                           *  Appeal from the United States
      v.                                   *  District Court for the
                                           *  Eastern District of Arkansas.
Larry Norris, Director, Arkansas           *
Department of Correction; Ray Hobbs,       *  [UNPUBLISHED]
Deputy Director, Arkansas Department       *
of Correction; George Brewer,              *
Classification, Arkansas Department of     *
Correction; Shelley Maroney, Mrs.,         *
Central Office Records Supervisor,         *
Arkansas Department of Correction;         *
Glenover Knight, Cummins Unit              *
Records Supervisor, Cummins Unit,          *
ADC,                                       *
                                           *
            Appellees.                     *

_____

Submitted: November 19, 2009
Filed:  November 23, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Inmate Rickey Brooks appeals the district court's[1] pre-service dismissal of his 42 U.S.C. § 1983 complaint. After careful review, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (standard of review), we affirm. *See* 8th Cir. R. 47B.

———————————————————

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendation of The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.